UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GLIMCHER DEVELOPMENT CORP.,** | ) | Case No. C-1-01-408 |
| | ) | |
| **Plaintiff** | ) | Judge Weber |
| | ) | Magistrate Judge Sherman |
| -v- | ) | |
| | ) | **JOINT MOTION TO EXTEND TIME** |
| **GATOR FOREST PARTNERS LTD.,** | ) | **TO SUBMIT REVISED AGREED** |
| | ) | **PROTECTIVE ORDER** |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court's August 6, 2003 Amended Scheduling Order states: "All agreed Protective Orders shall be submitted on or before September 11, 2003." An Agreed Protective Order was entered in this case on January 4, 2002; however, the parties are currently negotiating revisions to that Agreed Protective Order and need two more weeks to complete those negotiations and submit a Revised Agreed Protective Order to the Court.

The parties therefore respectfully request that the Court extend the date by which they shall submit this Revised Agreed Protective Order by two weeks to September 25, 2003.

Respectfully submitted,

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

 /s/Patrick F. Fischer_____
Patrick F. Fischer (0039671)
Jason M. Cohen (0076081)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
Attorney for Defendant
Gator Forest Partners, Ltd.

|  |  |
|---|---|
| SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>1300 Huntington Center<br>41 S. High Street<br>Columbus, Ohio 43215-6197<br>(614) 365-2700 | /s/Michael R. Reed<br>Michael R. Reed (0063995)<br>1300 Huntington Center<br>41 S. High Street<br>Columbus, Ohio 43215-6197<br>Tel: (614) 365-2700<br>Attorney for Plaintiff,<br>Glimcher Development Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT MOTION TO EXTEND TIME TO SUBMIT REVISED AGREED PROTECTIVE ORDER was filed and served electronically via the Court's electronic filing system this 11th day of September, 2003.

/s/ Jason M. Cohen
Jason M. Cohen

1146117.1