IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLIMCHER,

    Plaintiff

v                                          Civil: C-1-01-408

GATOR FOREST,

    Defendant

## ORDER

The Joint Motion for Extension of Time (#79) is GRANTED.  The deadline for submission of a Revised Agreed Protective Order is hereby extended to September 25, 2003.

**IT IS SO ORDERED.**

                                          **s/Herman J. Weber**
                                        **Herman J. Weber, Senior Judge**
                                        **United States District Court**