UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GLIMCHER DEVELOPMENT CORP.,** | : | Case No. C-1-01-408 |
| | : | |
| **Plaintiff,** | : | Senior Judge Herman Weber |
| | : | |
| v. | : | |
| | : | |
| **GATOR FOREST PARTNERS, LTD.,** | : | |
| | : | |
| **Defendant.** | : | |

### MOTION TO ENTER REVISED AGREED PROTECTIVE ORDER

Plaintiff, Glimcher Development Corp. ("Glimcher"), and Defendant, Gator Forest Partners, Ltd., ("Gator"), through their attorneys, have stipulated and agreed to the entry of the Revised Agreed Protective Order attached hereto as Exhibit 1. The Revised Agreed Protective Order revises Paragraph 11 of the previously entered Agreed Protective Order (Doc. 16) by adding a procedural mechanism by which the parties can dispute a confidentiality designation.

Gator respectfully moves the Court to enter this Revised Agreed Protective Order. Plaintiff's counsel does not oppose either this motion or entry of the Revised Agreed Protective Order.

/s/ Jason M. Cohen
Patrick F. Fischer (0039671)
Jason M. Cohen (0076081)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6459
Fax: (513) 579-6457
pfischer@kmklaw.com
Attorney for Defendant
Gator Forest Partners, Ltd.