UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GLIMCHER DEVELOPMENT CORP.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.    C-1-01-408 |
| v. | : | |
| | : | Judge Weber |
| **GATOR FOREST PARTNERS, LTD.,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCES AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURTS:

Please take notice that Michael R. Reed and P. Brian See of Squire, Sanders & Dempsey L.L.P. have entered their appearance as additional counsel of record for Plaintiffs. Please also take notice that Marc J. Kessler no longer represents Glimcher Development Corp in the above-captioned matter, and has not performed any work in the above-captioned matter since October 2002. Opposing counsel was notified of a change in Plaintiff's counsel on October 9, 2002.

Respectfully submitted,

| | |
|---|---|
| | /s/ P. Brian See |
| OF COUNSEL: | David J. Young  (0019251) |
| | Michael R. Reed  (0063995) |
| Mark J. Ruehlmann (0038505) | P. Brian See (0073039) |
| **SQUIRE, SANDERS & DEMPSEY,** L.L.P. | **SQUIRE, SANDERS & DEMPSEY,** L.L.P. |
| 312 Walnut Street, Suite 3500 | 1300 Huntington Center |
| Cincinnati, OH  45202 | 41 South High Street |
| +1.513.361.1200 | Columbus, Ohio  43215-6197 |
| | +1.614.365.2700 |
| | |
| | Attorneys for Plaintiff |
| | Glimcher Development Corporation |

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Substitution of Counsel was electronically filed with the Clerk of this Court using the CM/ECF system this 21st day of October 2003.  The undersigned further certifies that a courtesy copy of the foregoing will be served via regular U.S. mail, postage prepaid, on October 22nd, upon the following:

Patrick F. Fischer
Jason M. Cohen
Keating Muething & Klekamp
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

Attorneys for Defendant

Marc J. Kessler
Hahn Loeser & Parks
21 East State Street, 10th Floor
Columbus, OH  43215-4224

Former Counsel for Plaintiff

/s/ P. Brian See
P. Brian See