IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLIMCHER DEVELOPMENT CORP.,

    Plaintiff

v                                  Civil: C-1-01-408

GATOR FOREST PARTNERS LTD,

    Defendant

## ORDER

    The Joint Request to Schedule Mediation (#84) is GRANTED. The above styled case is SCHEDULED for a Settlement Conference on Tuesday, November 25, 2003 at 9:00 a.m.

    Counsel shall appear with their client and/or a representative with settlement authority for the above scheduled Conference.

    **IT IS SO ORDERED.**

                                                     s/Herman J. Weber
                                                  **Herman J. Weber, Senior Judge**
                                                  **United States District Court**