UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SETTLEMENT CONFERENCE**

GLIMCHER,

v                                                                  Civil: C-01-408

GATOR,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

-------------------------------------------------------------------------------------------------------
**Appearances:** Counsel of record with client representatives.


Case called for a Settlement Conference. Conference held in Chambers. Case settled. 30-day CD to issue.




Date: Tuesday, November 25, 2003
TIME: 9:00 a.m. - 12:15 p.m.
         1:15 p.m. - 5:00 p.m.