UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLIMCHER DEVELOPMENT CORPORATION,

    Plaintiff

    v.                          C-1-01-408

GATOR FOREST PARTNER,

    Defendant

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.  All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

**IT IS SO ORDERED.**

                                                _____s/Herman J. Weber_____
                                                Herman J. Weber, Senior Judge
                                                United States District Court